IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br><br><br><br>KIMBERLY R. PEREZ,<br><br>    Defendant. | 1:07-cr-00240<br><br>ORDER TO CONTINUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION AND TO CONTINUE DATE FOR HEARING ON DEFENDANT'S MOTION TO DISMISS |

  Based on the stipulation of the parties and good cause appearing,

  IT IS HEREBY ORDERED as follows:

  1. The deadline for the plaintiff's response to the defendant's motion to dismiss presently scheduled for March 13, 2008, is continued to April 3, 2008;

  2. The hearing on defendant's motion to dismiss presently set for March 27, 2008, at 10:00 a.m. is continued to April 10, 2008, at 10:00 a.m. to be heard before the Honorable Dennis L. Beck, Courtroom 9; and,

  3. The resulting period of delay occurring between March 13, 2008, and the date for hearing the motion, shall continue to be excluded for speedy trial purposes.

  IT IS SO ORDERED.

  **Dated:** **March 14, 2008**        **/s/ Gary S. Austin**
                         UNITED STATES MAGISTRATE JUDGE