```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON, AUSA
    Federal Courthouse
 3  2500 Tulare St., Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,  )  Case No. 1:07-cr-00240
                               )
11            Plaintiff,       )  STIPULATION TO CONTINUE DATE
         v.                    )  FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S
12                             )  MOTION AND HEARING ON DEFENDANT'S
                               )  MOTION
13                             )
                               )  DATE:   June 5, 2008
14  KIMBERLY R. PEREZ          )  TIME:   10:00 a.m.
                               )  PLACE:  Courtroom 10
15            Defendant.       )  Honorable Gary S. Austin
    _____)
16
```

17    IT IS HEREBY STIPULATED by and between the parties hereto and through their

18 attorneys of record that the plaintiff's response to the defendant's motion presently scheduled for

19 April 3, 2008 be continued to May 22, 2008, and that

20    IT IS HEREBY STIPULATED by and between the parties hereto and to their attorneys of

21 record that the motions hearing presently scheduled before the Honorable Dennis L. Beck for

22 April 10, 2008 at 10:00 a.m. be continued to June 5, 2008 at 10:00 a.m.

23    All parties herein, through their respective counsel have been contacted regarding the

24 requested continuance and concur with this request.

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the resulting period of delay occurring between April 10, 2008, and
2  the date for hearing the motions, shall continue to be excluded for speedy trial purposes pursuant
3  to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: April 9, 2008          McGregor W. Scott
                              United States Attorney

                               /s/ Mark J. McKeon
                               By: MARK J. McKEON
                               Assistant U.S. Attorney

Dated: April 9, 2008           /s/ Carrie S. Leonetti
                               CARRIE S. LEONETTI, ESQ.
                               Attorney for Defendant
                               KIMBERLY R. PEREZ

McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-00240 |
| Plaintiff, ) | ORDER TO CONTINUE DATE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION AND HEARING ON DEFENDANT'S MOTION |
| v. ) | |
| KIMBERLY R. PEREZ ) | Date:    June 5, 2008 |
| Defendant. ) | Time:    10:00  a.m. |
| | Honorable Gary S. Austin, Courtroom 10 |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for the plaintiffs response to the defendant's motion presently set for April 3, 2008 be continued until May 22, 2008, and that

IT IS HEREBY ORDERED that the  hearing on defendants motions presently set for April 10, 2008 at 10:00 a.m. continued until June 5, 2008 at 10:00 a.m. to be heard before the Honorable Gary S. Austin , Courtroom 10.

IT IS SO ORDERED.

**Dated:   April 11, 2008**            /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE