1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare St., Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    )  Case No. 1:07-cr-00240
                                )
11              Plaintiff,      )  STIPULATION TO CONTINUE DATE
        v.                      )  FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S
12                              )  MOTION AND HEARING ON DEFENDANT'S
                                )  MOTION
13                              )
                                )  DATE:   June 26, 2008
14 KIMBERLY R. PEREZ,           )  TIME:   10:00 a.m.
                                )  PLACE:  Courtroom 10
15              Defendant.      )  Honorable Gary S. Austin
   _____)
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys

18 of record that:

19      1.   The plaintiff's response to the defendant's motion presently scheduled for May

20 22, 2008 be continued to June 19, 2008;

21      2.   The motions hearing presently scheduled for June 5, 2008, be continued to June

22 26, 2008 at 10:00 a.m.; and

23 //
24 //
25 //
26 //
27 //
28 //

                                        1

3. The resulting period of delay occurring between May 22, 2008, and the date for hearing the motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

Dated: June 3, 2008                McGregor W. Scott
                                   United States Attorney

                                   /s/ Mark J. McKeon
                                   By: MARK J. McKEON
                                   Assistant U.S. Attorney

Dated: June 3, 2008                /s/ Doug Beevers
                                   DOUG BEEVERS
                                   Attorney for Defendant
                                   KIMBERLY R. PEREZ

**ORDER**

IT IS SO ORDERED.

Dated:   **June 4, 2008**             /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2