McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00240 |
| Plaintiff, | STIPULATION TO CONTINUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION AND HEARING ON DEFENDANT'S MOTION |
| v. | |
| KIMBERLY R. PEREZ, | DATE:  July 10, 2008<br>TIME:  10:00 a.m.<br>PLACE: TO BE SET |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that:

1.   The plaintiff's response to the defendant's motion presently scheduled for June 19, 2008, be continued to July 3, 2008;

2.   The motions hearing presently scheduled for June 26, 2008, be continued to July 10, 2008 at 10:00 a.m.; and

//
//
//
//
//
//

1

3.  The resulting period of delay occurring between June 26, 2008, and the date for hearing the motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

Dated: June 25, 2008  McGregor W. Scott
United States Attorney

 /s/ Mark J. McKeon
 By: MARK J. McKEON
Assistant U.S. Attorney

Dated: June 25, 2008   /s/ Doug Beevers
 DOUG BEEVERS
Attorney for Defendant
KIMBERLY R. PEREZ

**ORDER**

IT IS SO ORDERED.

**Dated:   June 25, 2008**              /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE